IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-166-FL

| | |
|---|---|
| LARRY NOBLE BEACH, ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that she does not oppose the Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g) for further proceedings consistent with this Court's August 14, 2011 order.

SO ORDERED this 7th day of January, 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE