UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LARRY NOBLE BEACH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 4:12-CV-166-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 8, 2014, that the Administrative Law Judge rendered a favorable decision to plaintiff on April 25, 2013 which neither party contests, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on January 8, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)


January 8, 2014                    JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk